UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SIDNEY H.,

                                  Plaintiff,

     v.

ANDREW SAUL,                          No. 3:20-CV-750
Commissioner of Social Security,      (CFH)

                                 Defendant.
_____

**APPEARANCES:**                         **OF COUNSEL:**

Lachman, Gorton Law Firm           PETER A. GORTON, ESQ.
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089
Attorneys for plaintiff

Social Security Administration         SEAN SANTEN, ESQ.
Office of the General Counsel,         Special Assistant U.S. Attorney
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203
Attorney for defendant

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

# ORDER[1]

    Currently pending before the Court in this action, in which plaintiff seeks judicial review of an adverse administrative determination by the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g), are cross-motions for judgment on the

---

[1] This matter, which is before me on consent of the parties, pursuant to 28 U.S.C. § 636(c), has been treated in accordance with the procedures set forth in General Order No. 18. Under that General Order, once issue has been joined, an action such as this is considered procedurally as if cross-motions for judgment on the pleadings had been filed pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

pleadings. Dkt. Nos. 11, 14. Oral argument was conducted in connection with these motions on the record on June 22, 2021. At the close of the argument, I issued a bench decision in which, after applying the requisite deferential review standard, I found that the administrative law judge's decision was not supported by substantial evidence, providing further detail regarding my reasoning and addressing the specific issues raised by plaintiff in the appeal.

After due deliberation, and based upon the Court's oral bench decision, which has been transcribed, and is attached to this order and incorporated herein by reference, it is hereby

**ORDERED** that:

1. Plaintiff's motion for judgment on the pleadings (Dkt. No. 11) is **GRANTED** to the extent that this matter is **REMANDED** to the Commissioner for further proceedings consistent with this decision; and

2. Defendant's motion for judgment on the pleadings (Dkt. No. 14) is **DENIED**.

**IT IS SO ORDERED**.

Dated: June 23, 2021
       Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge